UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| RUBEN GREEN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 2:11-cv-094-JMS-WGH |
| JAMES BASINGER, | ) | |
| Respondent. | ) | |

# E N T R Y

The petitioner's motion for an evidentiary hearing [21] is **denied,** because such a proceeding is only necessary when a more extensive factual record must be compiled to decide an issue. *See Newell v. Hanks*, 283 F.3d 827, 838 (7th Cir. 2002). That is not the case here.

**IT IS SO ORDERED.**

Date: 08/19/2011

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

James.martin@atg.in.gov

Ruben Green
DOC #160642
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 500
Carlisle, IN 47838