UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| RUBEN GREEN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 2:11-cv-094-JMS-WGH |
| RICHARD BROWN, | ) ) ) | |
| Respondent. | ) ) | |

# E N T R Y

The petitioner's motion for reconsider [27] of the court's denial of his motion for an evidentiary hearing is **denied**. *See Patel v. Gonzales* 442 F.3d 1011, 1015-1016 (7th Cir. 2006) ("A motion to reconsider asks that a decision be reexamined in light of additional legal arguments, a change of law, or an argument that was overlooked earlier . . . .").

The respondent has abandoned his statute of limitations defense and has replaced it with a defense to the merits of the habeas petition. The petitioner shall have **through November 22, 2011**, in which to reply to the respondent's return to order to show cause filed on October 19, 2011.

**IT IS SO ORDERED.**

Date: 11/04/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

James.martin@atg.in.gov

Ruben Green
DOC #160642
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 500
Carlisle, IN 47838